# Exhibit A

**USAID Contracts:**

| Contract Number | Contract Type | LBG Fiscal Years in which Invoicing Occurred |
|---|---|---|
| 160-C-00-01-00102-00 | cost plus | 2001-2005 |
| 267-C-00-04-00417-00 (VTES) | cost plus | 2005-2006 |
| 267-C-00-04-00435-00 | cost plus | 2005-2006 |
| 294-C-00-00-00071-00 | cost plus | 2001-2003 |
| 294-C-00-05-00233-00 | cost plus | 2006 |
| 306-C-00-02-00500-00 (REFS) | cost plus | 2003-2006 |
| 306-C-00-03-00001-00 | cost plus | 2004 |
| 386-0464-C00-5028-00 | cost plus | 2001 |
| 386-C-00-00-00058-00 | fixed price | 2001-2002, 2004 |
| 386-C-00-03-00059-00 | cost plus | 2003-2006 |
| 386-C-00-05-00174 | cost plus | 2006 |
| 388-C-00-01-00029-00 | cost plus | 2001-2006 |
| 399-0360-C-00-2356-00 | cost plus | 2001 |
| 492-0456-c-00-5135-00 | cost plus | 2001-2004 |
| 492-C-00-00018-00 | cost plus | 2004-2006 |
| 492-C-00-02-00018-00 | cost plus | 2004-2006 |
| 492-C-00-04-00034-00 | cost plus | 2005-2006 |
| 497-A-00-98-00033-00 (103-000) | cost plus | 2001-2002 |
| 521-C-00-05-0009-00 | cost plus | 2005-2006 |
| 525-C-00-00033-00 | cost plus | 2001 |
| 525-O-00-01-00074-00 | cost plus | 2002-2004 |
| 685-0295-C-00-0019-00 22-8-88 | cost plus | 2003 |
| AEP-I-00-00-00022-00 | time and materials | 2002 |
| AID-2004-C-00051-000-00xx | cost plus | 2005-2006 |
| AID-2006-I-00004-002-0002 | cost plus | 2003-2006 |
| AOT-1-00-98-00198-00 | cost plus | 2003 |
| AOT-1-02-98-00198-00 | cost plus | 2001-2006 |
| DTFH61-97-C-00078 | cost plus | 2001 |
| EEE-C-00-01-00020-00 | cost plus | 2002-2006 |
| EPP-I-00-04-00027 | cost plus | 2006 |
| EPP-I-00-04-00027-00 | cost plus | 2006 |
| GEG-I-00-02-00015-00 | time and materials | 2004 |
| GEG-I-00-02-00015-00 | time and materials | 2005 |
| GEG-I-00-02-00015-00/02 | time and materials | 2006 |
| OUT-AOT-I-00-98-0019 | cost plus | 2002-2004, 2006 |
| OUT-EEUU-I-00-99-00018-00 | cost plus | 2001-2003 |

| Contract Number | Contract Type | LBG Fiscal Years in which Invoicing Occurred |
|---|---|---|
| PCE-I-00-00-00012 | cost plus | 2002-2003 |
| PCE-I-00-00-00012 | cost plus | 2004 |
| PCE-I-00-00-00012 # 801 | cost plus | 2002 |
| PCE-I-00-97-00042-00 | cost plus | 2001 |
| RAN-C-00-03-00043 | cost plus | 2004 |

**Army Contracts:**

| Contract Number | Contract Type | LBG Fiscal Years in which Invoicing Occurred |
|---|---|---|
| W914NS-04-C-0004 | cost plus | 2004-2006 |
| W914NS-04-C-0006 | cost plus | 2004-2006 |
| W914NS-04-C-0005 | cost plus | 2005 |
| W916QW-04-D-0016 | fixed price | 2005-2006 |

**Air Force Contract:**

| Contract Number | Contract Type | LBG Fiscal Years in which Invoicing Occurred |
|---|---|---|
| FA3002-06-D-0003, Task Order WH488B | cost plus | 2006 |