## Exhibit B

| VTES Invoice Number | Voucher Number | Invoice Date | Invoice Period | Billing Rate | Invoice Amount ($) | USAID Payment Amount ($) |
|---|---|---|---|---|---|---|
| 1 | 52670299 | 12/20/2004 | Oct.–Nov. 2004 | 143.51% | 548,398.86 | 516,104.86 |
| 2 | 52670455 | 1/21/2005 | Dec. 2004 | 143.51% | 1,100,906.86 | 1,100,906.86 |
| 3 | 52670686 | 2/18/2005 | Jan. 2005 | 143.51% | 1,580,576.27 | 1,580,576.27 |
| 4 | 52970694 | 3/17/2005 | Feb. 2005 | 143.51% | 1,489,599.02 | 1,489,599.02 |
| 5 | 52670840 | 4/18/2005 | Mar. 2005 | 143.51% | 1,169,063.70 | 1,169,063.70 |
| 6 | 52670979 | 5/20/2005 | Apr. 2005 | 143.51% | 1,539,200.88 | 1,537,201.68 |
| 7 | 52671136 | 6/17/2005 | May 2005 | 143.51% | 2,182,075.79 | 2,168,933.38 |
| 8 | 52671424 | 7/27/2005 | June 2005 | 143.51% | 1,785,775.39 | 1,785,775.39 |
| 9 | 52671582 | 8/29/2005 | July 2005 | 143.51% | 2,082,361.30 | 2,082,361.30 |
| 10 | 62670118 | 9/29/2005 | Aug. 2005 | 143.51% | 2,299,961,24 | 2,299,961,24 |
| 11 | 62670203 | 10/27/2005 | Sept. 2005 | 143.51% | 2,567,709.61 | 2,567,709.61 |
| 12 | 26706122TD | 11/30/2005 | Oct. 2005 | 143.51% | 1,843,237.36 | 1,843,237.36 |